# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR155 |
| vs. | ) | ORDER |
| CHASE A. CLEVELAND, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Chase A. Cleveland (Cleveland) for a temporary release from custody to attend his grandmother's funeral on July 29, 2015, in Macy, Nebraska (Filing No. 21). Cleveland seeks release to his father, Darren Wolfe, who will transport Cleveland from the detention facility to the funeral and return. Upon consideration, the motion is granted.

The U.S. Marshal shall notify Cleveland's detention facility to release Cleveland on or about 11:00 a.m. on July 29, 2015, to the custody of Darren Wolfe and to accept Cleveland back into detention no later than 7:00 p.m. on July 29, 2015. During the interim, Cleveland shall remain in the custody of Darren Wolfe who shall transport Cleveland to and from the funeral services of Gloria Cleveland in Macy, Nebraska. No other travel is authorized and Cleveland shall have no contact with the victim in this matter.

**IT IS SO ORDERED.**

DATED this 28th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge